IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS RODRIGUEZ,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | No. 13-7632 |
| v. | : | |
| | : | |
| **P/O MICHAEL PANARELLO, P/O BRIAN MCDEVITT AND THE CITY OF PHILADELPHIA,** | : : : | |
| Defendants. | : | |

**ORDER**

This 7th day of August, 2015, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response, and Defendants' Reply, Defendants' Motion is **GRANTED** and all claims against The City of Philadelphia, Officer Michael Panarello and Officer Brian McDevitt are dismissed with prejudice.

      /s/ Gerald Austin McHugh
United States District Court Judge