IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS RODRIGUEZ,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 13-7632** |
| v. | : | |
| | : | |
| **P/O MICHAEL PANARELLO, P/O BRIAN MCDEVITT AND THE CITY OF PHILADELPHIA,** | : : : | |
| **Defendants.** | : | |

This 19th day of January, 2016, it is hereby **ORDERED** that Plaintiff's Motion for Relief from the Order Granting Defendants' Motion for Summary Judgment is **DENIED.**

      /s/ Gerald Austin McHugh
United States District Court Judge